UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MICHAEL DOYLE,

                Defendant.

No. 97-CR-1169-01(DC)

ORDER

---

Honorable Denny Chin, U.S. Circuit Judge:

    IT IS HEREBY ORDERED THAT, on November 23, 2021, at 12:00 p.m., the United States Marshals Service shall release Defendant from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to a United States Probation Officer, who will turn him over to a representative of Samaritan Daytop Village for transport to a residential drug treatment facility.

SO ORDERED.

Dated:    November 17, 2021
            New York, New York

                                          Honorable Denny Chin
                                          U.S. Circuit Judge
                                          Sitting by Designation