```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :       ORDER

      - against -                 :       97 Cr. 1169-01 (DC)

MICHAEL DOYLE,                    :

              Defendant.          :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

On November 23, 2021, pursuant to this Court's order (Dkt. 23), Defendant Michael Doyle (SSN ▮▮▮▮▮▮▮▮▮; DOB 06/29/1960) entered an inpatient substance abuse treatment program at Samaritan Daytop Village Fox Run, located at 190 Fox Hollow Road, Rhinebeck, New York 12572. According to the treatment provider, Mr. Doyle's inpatient treatment is expected to last approximately four months from his entry into the program. Accordingly, and on the consent of the parties, Mr. Doyle is hereby ordered to continue participating in inpatient substance abuse treatment at Samaritan Daytop Village Fox Run

until March 23, 2022, or until such date as the treatment provider indicates by further application to this Court.

SO ORDERED.

Dated:   New York, New York
         January 24, 2022

/s Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation