

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2022

**BY ECF**

The Honorable Denny Chin
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　*United States v. Michael Doyle*, 97 Cr. 1169 (DC)

Dear Judge Chin:

　　As discussed with the Court, in light of the defendant's successful completion of residential drug treatment on June 2, 2022, the parties and Probation write to jointly request that the violation report dated September 27, 2021 in the above-referenced matter be dismissed.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Jonathan L. Bodansky
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　(646) 957-1800

Cc:　Marne Lenox, Esq.
　　　U.S. Probation Officer Matthew Omlor

APROVED.
SO ORDERED.

USCJ
6-14-2022