

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2022

**BY ECF**

The Honorable Denny Chin
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Doyle*, 97 Cr. 1169 (DC)

Dear Judge Chin:

    As discussed with the Court, in light of the defendant's successful completion of residential drug treatment on June 2, 2022, the parties and Probation write to jointly request that the violation report dated September 27, 2021 in the above-referenced matter be dismissed.

                                     Respectfully submitted,

                                     DAMIAN WILLIAMS
                                   United States Attorney for the
                                   Southern District of New York

                        By:  _____
                            Jonathan L. Bodansky
                            Assistant United States Attorney
                            (646) 957-1800

Cc:    Marne Lenox, Esq.
       U.S. Probation Officer Matthew Omlor

APROVED.

SO ORDERED.

*[signature]*
USCJ
6-14-2022