UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MICHAEL DOYLE,

                Defendant.

No. 97 Cr. 1169 (DC)

ORDER

---

Honorable Denny Chin, U.S. Circuit Judge:

    IT IS HEREBY ORDERED THAT, on August 8, 2023, the United States Marshals Service shall release defendant Michael Doyle from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the custody of the United States Probation Office, which will turn the defendant over to a representative of Samaritan Daytop Village for transport to a residential drug treatment facility.

SO ORDERED.

Dated:    August 8, 2023
              New York, New York

                                                Honorable Denny Chin
                                                U.S. Circuit Judge